UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:15CV151-FDW

| | |
|---|---|
| RAMON EMILIO FERREIRA INOA, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| CAROLYN W. COLVIN, ) Commissioner of Social Security ) Administration, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's "Motion for Remand to The Commissioner" to correct errors in the administrative determination. (Doc. No. 18).

Plaintiff is *pro se* and has not been contacted for consent to the Remand.

The Court GRANTS the Commissioner's Motion to Remand and reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

The Clerk of Court is directed to CLOSE the case.

**SO ORDERED.**

Signed: July 26, 2016

Frank D. Whitney
Chief United States District Judge